UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SHEETZ, INC., *et al.,*

    Plaintiffs,

vs.

CITY OF CENTERVILLE, OHIO, *et al*.,

    Defendants.

Case No. 3:24-cv-59

District Judge Michael J. Newman,
Magistrate Judge Caroline H. Gentry

---

**ORDER DENYING PLAINTIFFS' MOTION TO DISMISS AND/OR STRIKE EPIPHANY EVANGELICAL LUTHERAN CHURCH'S COUNTERCLAIM FOR DECLARATORY JUDGMENT WITHOUT PREJUDICE (Doc. No. 38)**

---

Plaintiffs Hemmert Far Hills Properties LLC, Morse Road Development LLC, and Sheetz, Inc. filed a complaint on March 3, 2025.  Doc. No. 19.  Defendant Epiphany Evangelical Lutheran Church filed an answer that includes a counterclaim for a declaratory judgment.  Doc. No. 35.  In response, Plaintiffs filed a motion to dismiss and/or strike Defendant's counterclaim.  Doc. No. 38.  On February 20, 2025, Plaintiffs filed a motion for leave to file a first amended complaint.  Doc. No. 62.  The Court granted Plaintiffs' motion for leave to amended on May 15, 2025.  Doc. No. 94.  Accordingly, the Court **DENIES AS MOOT** Plaintiffs' motion to dismiss.

    **IT IS SO ORDERED.**

<u>May 15, 2025</u>                                                s/*Michael J. Newman*
                                                                         Hon. Michael J. Newman
                                                                         United States District Judge