UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SHEETZ, INC., *et al.,*

    Plaintiffs,    Case No. 3:24-cv-59

vs.

CITY OF CENTERVILLE, OHIO, *et al*.,    District Judge Michael J. Newman
    Magistrate Judge Caroline H. Gentry

    Defendants.

---

**ORDER GRANTING PARTIES' JOINT MOTION TO VACATE THE SCHEDULING ORDER (Doc. No. 92)**

---

This matter is before the Court on the parties' joint motion to vacate the scheduling order. Doc. No. 92. The Court has considered the motion and finds good cause exists to vacate the existing scheduling order. Therefore, it is **ORDERED** that:

1. The joint motion to vacate the scheduling order is **GRANTED**;

2. The preliminary pretrial conference order (Doc. No. 42) is **VACATED**; and

3. The Court will convene a scheduling conference when appropriate after the issue recently certified to the Supreme Court of Ohio is concluded.

**IT IS SO ORDERED.**

 May 15, 2025    s/*Michael J. Newman*
    Hon. Michael J. Newman
    United States District Judge