**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| SHEETZ, INC., *et al.*, | : | Case No. 3:24-cv-59 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| CITY OF CENTERVILLE, OH, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

## ORDER

---

This case is before the Court upon Defendant City of Centerville, Ohio's Unopposed/Joint Motion for Leave to Conduct Rule 34 Inspection During Stay.  (Doc. #107).  Defendant requests that the Court lift the stay of discovery in this matter solely for the limited purpose of permitting a Rule 34 inspection of the premises located at 6318 Far Hills Avenue, Centerville, Ohio.  *Id.*

Defendant City of Centerville, Ohio's Unopposed/Joint Motion for Leave to Conduct Rule 34 Inspection During Stay (Doc. #107) is hereby **GRANTED**.

**IT IS SO ORDERED.**

June 1, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge